UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**MARTY FONTENOT,**           )
                              )
        Petitioner,       ) Case No. SACV 08-0801 R (AJW)
                              )
        v.                )
                              ) ORDER ADOPTING REPORT AND
**W. J. SULLIVAN, WARDEN,**   ) RECOMMENDATION OF
                              ) MAGISTRATE JUDGE
        Respondent.       )
_____)

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

    DATED: July 14, 2009

                                            _____
                                            Manuel L. Real
                                            United States District Judge