UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **MARTY FONTENOT,** | ) |
| | ) No. SACV 08-801-R(AJW) |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| **W.J. SULLIVAN, Warden,** | ) |
| | ) |
| Respondent. | ) |
| | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: July 14, 2009

_____
Manuel L. Real
United States District Judge